IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEDRO J. RAMOS-RAMOS, ) <br> #32442-069, ) <br> ) <br>    Petitioner, ) <br> ) <br> v. ) <br> ) <br> ALAN COHEN, ) <br> ) <br>    Respondent. ) | CASE NO. 2:23-cv-00612-BL |

### **ORDER**[1]

On December 12, 2025, the Magistrate Judge recommended that the court dismiss the Petitioner's 28 U.S.C. § 2241 action as moot. (Doc. 28). The Magistrate Judge set the deadline for the parties to file objections to the recommendation on December 26, 2025. (Doc. 28). To date, the court has received no objections.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge to dismiss this action as moot. The court will enter a separate final judgment dismissing this action.

**DONE** and **ORDERED** on this the 20th day of February, 2026.

---

[1] The above-styled case was reassigned to the undersigned District Judge on November 12, 2025.

 

_____
**BILL LEWIS**
UNITED STATES DISTRICT JUDGE